UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:17-CR-19-1H
No. 2:17-CR-19-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANDRE RAMON COOPER | ) | |
| MICHAEL LEVERETTE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 85 and its accompanying order be sealed until further order of this Court, except that copies may be provided to the United States Attorney and counsel for the defendants.

This the __6th__ day of ___June___ 2018.

MALCOLM J. HOWARD
Senior United States District Judge