UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:17-CR-19-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ANDRE RAMON COOPER | ) | |
| | ) | |
| Defendant. | ) | |

For good cause having been shown upon the United States' Motion to Seal, it is hereby

ORDERED that Exhibit 2 (DE 156) Regarding Defendant's Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582 be filed under seal.

This 2 day of May 2022.

JAMES C. DEVER III
United States District Judge